


```
FILED
U.S. DISTRICT COURT
MIDDLE DISTRICT OF TENN.
JUN 2 1 2021
BY   Jm
DEPUTY CLERK
```

UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA )<br> )<br>v. )<br> )<br>[1] LAVASIAR NEWMAN )<br> )<br>[2] TERRANCE PARRISH )<br> )<br>[3] JEVERISH WILLIAMS )<br> )<br> ) | NO. 3:21-cr-00116<br><br>18 U.S.C. § 2<br>18 U.S.C. § 922(g)(1)<br>18 U.S.C. § 924<br>18 U.S.C. § 924(c)(1)<br>21 U.S.C. § 841(a)(1)<br>21 U.S.C. § 846<br>21 U.S.C. § 856 |

# INDICTMENT

### COUNT ONE

THE GRAND JURY CHARGES:

Beginning not later than on or about April 16, 2019, the exact date being unknown to the Grand Jury, through on or about September 12, 2019, in the Middle District of Tennessee and elsewhere, **LAVASIAR NEWMAN**, **TERRANCE PARRISH**, and **JEVERISH WILLIAMS** did combine, conspire, confederate, and agree with each other and others known and unknown to the Grand Jury, to knowingly and intentionally possess with intent to distribute a mixture and substance containing a detectable amount of cocaine base, also known as crack cocaine, and a mixture and substance containing a detectable amount of cocaine, both of which are Schedule II controlled substances; and a mixture and substance containing a detectable amount of heroin, which is a Schedule I controlled substance, in violation of Title 21, United States Code, Section 841(a)(1).

All in violation of Title 21, United States Code, Section 846.

## COUNT TWO

THE GRAND JURY FURTHER CHARGES:

Beginning not later than on or about April 16, 2019, the exact date being unknown to the Grand Jury, through on or about September 12, 2019, in the Middle District of Tennessee and elsewhere, **LAVASIAR NEWMAN, TERRANCE PARRISH,** and **JEVERISH WILLIAMS** aided and abetted by each other, did unlawfully and knowingly use and maintain a place located at 2335 23rd Avenue North, Nashville, Tennessee 37208, for the purpose of manufacturing, distributing, or using a mixture and substance containing a detectable amount of cocaine base, also known as crack cocaine, and a mixture and substance containing a detectable amount of cocaine, both of which are Schedule II controlled substances; and a mixture and substance containing a detectable amount of heroin, which is a Schedule I controlled substance.

In violation of Title 21, United States Code, Section 856(a)(1) and Title 18, United States Code, Section 2.

## COUNT THREE

THE GRAND JURY FURTHER CHARGES:

On or about September 12, 2019, in the Middle District of Tennessee, **LAVASIAR NEWMAN, TERRANCE PARRISH,** and **JEVERISH WILLIAMS,** aided and abetted by each other, did knowingly and intentionally possess with the intent to distribute a mixture and substance containing a detectable amount of cocaine base, also known as crack cocaine, and a mixture and substance containing a detectable amount of cocaine, both of which are Schedule II controlled substances; and a mixture and substance containing a detectable amount of heroin, which is a Schedule I controlled substance.

In violation of Title 21, United States Code, Section 841(a)(1) and Title 18, United States Code, Section 2.

## COUNT FOUR

THE GRAND JURY FURTHER CHARGES:

On or about September 12, 2019, in the Middle District of Tennessee, **TERRANCE PARRISH** did knowingly and intentionally possess with the intent to distribute 50 grams or more of a mixture and substance containing a detectable amount of methamphetamine, a Schedule II controlled substance.

In violation of Title 21, United States Code, Section 841(a)(1).

## COUNT FIVE

THE GRAND JURY FURTHER CHARGES:

On or about September 12, 2019, in the Middle District of Tennessee, **LAVASIAR NEWMAN, TERRANCE PARRISH**, and **JEVERISH WILLIAMS** aided and abetted by each other, did knowingly possess a firearm in furtherance of a drug trafficking crime for which he may be prosecuted in a court of the United States, that is, possession with intent to distribute a controlled substance, in violation of Title 21, United States Code, Section 841(a)(1).

All in violation of Title 18, United States Code, Section 924(c)(1)(A) and Title 18, United States Code, Section 2.

## COUNT SIX

THE GRAND JURY FURTHER CHARGES:

On or about September 12, 2019, in the Middle District of Tennessee, **LAVASIAR NEWMAN**, knowing he had been previously convicted of a crime punishable by imprisonment for a term exceeding one year, knowingly possessed a firearm, to wit: a Ruger LCP .380 caliber pistol, a Bersa Mini FireStorm .40 caliber pistol, and a Taurus Slim PT709 9mm pistol, and the firearm was in and affecting commerce.

In violation of Title 18, United States Code, Sections 922(g)(1) and 924.

COUNT SEVEN

THE GRAND JURY FURTHER CHARGES:

On or about September 12, 2019, in the Middle District of Tennessee, **TERRANCE PARRISH**, knowing he had been previously convicted of a crime punishable by imprisonment for a term exceeding one year, knowingly possessed a firearm, to wit: a Springfield Armory XP-40 .40 caliber pistol, a Ruger LCP .380 caliber pistol, a Bersa Mini FireStorm .40 caliber pistol, and a Taurus Slim PT709 9mm pistol, and the firearm was in and affecting commerce.

In violation of Title 18, United States Code, Sections 922(g)(1) and 924.

COUNT EIGHT

THE GRAND JURY FURTHER CHARGES:

On or about September 12, 2019, in the Middle District of Tennessee, **JEVERISH WILLIAMS**, knowing he had been previously convicted of a crime punishable by imprisonment for a term exceeding one year, knowingly possessed a firearm, to wit: a Smith and Wesson .40 caliber pistol, a Ruger LCP .380 caliber pistol, a Bersa Mini FireStorm .40 caliber pistol, a Taurus Slim PT709 9mm pistol, and a Glock 43 9mm pistol, and the firearm was in and affecting commerce.

In violation of Title 18, United States Code, Sections 922(g)(1) and 924.

FORFEITURE ALLEGATION

1. The allegations contained in this Indictment are re-alleged and incorporated by reference as if fully set forth in support of this forfeiture.

2. Upon conviction of Count One or Two – what about Counts 3 and 4?, **LAVASIAR NEWMAN, TERRANCE PARRISH**, and **JEVERISH WILLIAMS** shall forfeit to the United States of America, pursuant to Title 21, United States Code, Section 853:

    (A)    any property constituting, or derived from, any proceeds the person

4

obtained, directly or indirectly, as the result of such violation;

(B) any of the person's property used, or intended to be used, in any manner or part, to commit, or to facilitate the commission of such violation.

3. The property to be forfeited includes a money judgment in an amount to be determined, representing the amount of proceeds **LAVASIAR NEWMAN**, **TERRANCE PARRISH**, and **JEVERISH WILLIAMS** obtained, directly or indirectly, as a result of such offense and the value of the property used or intended to be used to commit such offense.

4. Upon conviction of Count Five, **LAVASIAR NEWMAN** shall forfeit to the United States, pursuant to Title 18, United States Code, Section 924(d)(1) by Title 28, United States Code, Section 2461(c): any firearm or ammunition involved in or used in a knowing violation of the offense, or intended to be used in the offense, including a Smith and Wesson .40 caliber pistol bearing serial number HBK2757, a Ruger LCP .380 caliber pistol with no serial number, a Bersa Mini FireStorm .40 caliber pistol bearing serial number 530574, and a Taurus Slim PT709 9mm pistol bearing serial number TEZ16608, and associated ammunition and magazines.

5. Upon conviction of Count Six, **TERRANCE PARRISH** shall forfeit to the United States, pursuant to Title 18, United States Code, Section 924(d)(1) by Title 28, United States Code, Section 2461(c): any firearm or ammunition involved in or used in a knowing violation of the offense, or intended to be used in the offense, including a Smith and Wesson .40 caliber pistol bearing serial number HBK2757, a Ruger LCP .380 caliber pistol with no serial number, a Bersa Mini FireStorm .40 caliber pistol bearing serial number 530574, and a Taurus Slim PT709 9mm pistol bearing serial number TEZ16608, Springfield Armory XP-40 .40 caliber pistol bearing serial number XD312812 and associated ammunition and magazines.

6. Upon conviction of Count Seven, **JEVERISH WILLIAMS** shall forfeit to the United States, pursuant to Title 18, United States Code, Section 924(d)(1) by Title 28, United

States Code, Section 2461(c): any firearm or ammunition involved in or used in a knowing violation of the offense, or intended to be used in the offense, including a Smith and Wesson .40 caliber pistol bearing serial number HBK2757, a Ruger LCP .380 caliber pistol with no serial number, a Bersa Mini FireStorm .40 caliber pistol bearing serial number 530574, and a Taurus Slim PT709 9mm pistol bearing serial number TEZ16608, and associated ammunition and magazines.

A TRUE BILL

FOREPERSON

MARY JANE STEWART
ACTING UNITED STATES ATTORNEY



JOSHUA A. KURTZMAN
ASSISTANT UNITED STATES ATTORNEY